HARRY E. COLWELL, Appellant, *v.* MARIA MELISSA TOMPKINS, Respondent.

*Colwell* v. *Tompkins*, 6 App. Div. 93, affirmed.
(Submitted January 25, 1899; decided February 28, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered in June, 1896, affirming a judgment in favor of

defendant entered upon a nonsuit, and an order denying a motion for a new trial.

*C. H. & J. A. Young & Terry* for appellant.

*Cornelius E. Kene* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.